# ELECTRONIC RECORD

COA #   04-14-00570-CR                OFFENSE:   AGGRAVATED ASSAULT

STYLE:   SHAWN L. SANDERS V. THE STATE OF TEXAS                COUNTY:   BEXAR

COA DISPOSITION:   DISMISSED FOR LACK OF JURISDICTION                TRIAL COURT:   227TH DISTRICT COURT

DATE: 09/03/14                Publish: NO   TC CASE #:   2012CR5452

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:   SHAWN L. SANDERS V. THE STATE OF TEXAS                CCA #:   1382-14

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: _____ JANUARY 28, 2015 _____

JUDGE: _____ Per Curiam _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____